In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-01-00117-CV


______________________________










IN RE: MAURITTA BANKS, DECEASED






 


On Appeal from the 402nd Judicial District Court

Wood County, Texas

Trial Court No. 2001-090




 




Before Cornelius, C.J., Grant and Ross, JJ.

Opinion by Justice Grant


O P I N I O N


 Sharai Lewis filed an appeal from an order entered in a probate proceeding. The clerk's
record was filed on September 4, 2001, and the reporter's record was filed on December 17, 2001. 
The brief was therefore due on or before January 16, 2002. Counsel filed two Motions to Extend
Time to file the brief, which were granted. The final extension expired on March 18, 2002. On
April 5, 2002, we sent a letter to counsel reminding him of the due date of his brief and directing him
to file a brief to arrive at this court within fifteen days of the date of the letter, along with a
reasonable explanation for the delay. We also informed counsel that unless this occurred, the appeal
would be subject to dismissal for want of prosecution pursuant to Tex. R. App. P. 38.8(a)(1). As of
the date of this opinion, no brief has been filed, and counsel has not otherwise followed the directives
of this court.

 The appeal is dismissed for want of prosecution.



 Ben Z. Grant

 Justice


Date Submitted: April 30, 2002

Date Decided: April 30, 2002


Do Not Publish



>
Date Submitted: February 12, 2002

Date Decided: February 12, 2002


Do Not Publish

1. We have been informed that Judge Carter has now appointed counsel to
represent Frischenmeyer in connection with his motion.